STATE v. QUALLS

No. 331A98

Case below: 130 N.C.App. 1

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 8 October 1998.

STATE v. REYNOLDS

No. 219P98

Case below: 129 N.C.App. 429

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 8 October 1998.

STATE v. RICH

No. 315P98

Case below: 130 N.C.App. 113

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 October 1998. Justice Wynn recused.

STATE v. RICH

No. 384A95-2

Case below: Greene County Superior Court

Petition by Malcolm Ray Hunter as Appellate Defender on his own motion for writ of certiorari to review the order of the Superior Court, Greene County denied 17 September 1998. Motion by Malcolm Ray Hunter as appellate defender on his own motion to vacate order of execution denied 17 September 1998.